IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUHAIL ABDU ANAM, *et al.*,  Petitioners,  v.  GEORGE W. BUSH, President of the United States, *et al.*,  Respondents. | Civil Action No. 04-CV-1194 (HHK) |
| ALKHADR ABDULLAH AL YAFIE, *et al.*,  Petitioners,  v.  GEORGE W. BUSH, President of the United States, *et al.*,  Respondents. | Civil Action No. 05-CV-2399 (RJL) |

**NOTICE OF MULTIPLE PETITIONS FILED BY
GUANTANAMO BAY DETAINEE**

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 256 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 256 has filed petitions as Riyad Atag Ali Abdoh Al Haj in Anam v. Bush, No. 04-CV-1194 (HHK), and as Riyadh Ateek Ali Abdu Al Haj in Al Yafie v. Bush, No. 05-CV-2399 (RJL).

Dated: December 20, 2005	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

Attorneys for Respondents