## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
Al Yafie, *et al.*,                               )
    *Petitioners/Plaintiffs,*          )
                                                  )
v.                                                )   Civil Action No. 05-2399 (RJL)
                                                  )
George W. Bush, *et al.,*                         )
    *Respondents/Defendants*           )
                                                  )
_____)

### MOTION TO TREAT PETITIONERS' MOTION FOR PROTECTIVE ORDER AS CONCEDED AND TO ISSUE PROTECTIVE ORDER

Counsel for Petitioners filed a Motion For Entry of Protective Order in this Court on March 21, 2006, accompanied by a supporting Memorandum of Points and Authorities. The Government requires this Protective Order to be in place before it will allow counsel for Petitioners to communicate with their clients. Petitioners also served a copy of the Motion for Protective Order and supporting Memorandum on opposing counsel through the electronic filing system, and, additionally, through certified mail, that same day. Although counsel for Petitioners David Kronenberg, discussed this matter with counsel for Respondents, Andrew Warden, and Mr. Warden indicated that Respondents objected to the granting of the Motion for Entry Protective Order (see Local Civil Rule 7(m) Statement, Motion for Entry of Protective Order at 2), as of May 24, 2006, Respondents have not filed any objection to the Motion.

Local Civil Rule 7(b) provides that "[w]ithin eleven days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."

2

The Protective Order that Petitioners request is an absolute necessity for Petitioners to have basic access to their counsel and for counsel to have any meaningful ability to represent their clients.  The Government insists on this Protective Order as a prerequisite to legal communications between attorney and client; without it the Government will not permit counsel to have any contact with their clients detained at Guantanamo Bay.  As the Government has not filed any opposition to Petitioners' Motion for the required Protective Order within the time period specified by Local Rule 7(b) -- or the six additional weeks since then -- Petitioner Al Yafie and Petitioner Al Bihani, together with their Next Friends, respectfully ask this court to treat the Motion for Entry of Protective Order as conceded and to issue the standard Protective Order in the form that was previously negotiated with the Government.


Dated:  May 24, 2006                                                          Respectfully submitted,


                                                                                            /s/ George M. Clarke III
                                                                                            George M. Clarke III
                                                                                            D.C. Bar No.: 480073
                                                                                            Baker & McKenzie LLP
                                                                                            815 Connecticut Avenue, N.W.
                                                                                            Washington, D.C.  20006-4078
                                                                                            Tel: 202 452-7068
                                                                                            Fax: 202 452-7074

                                                                                            Counsel for Petitioners