IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALKHADR ABDULLAH AL YAFIE, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2399 (RJL) |

**RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME A MEMORANDUM IN OPPOSITION TO PETITIONERS' MOTION FOR ENTRY OF PROTECTIVE ORDER AND MEMORANDUM IN OPPOSITION TO PETITIONERS' MOTION TO TREAT PETITIONERS' MOTION FOR PROTECTIVE ORDER AS CONCEDED AND TO ISSUE PROTECTIVE ORDER**

COME NOW Respondents, by and through their undersigned counsel, and respectfully request that the Court grant them leave to file out of time a memorandum in opposition to petitioners' motion for entry of the protective order, attached hereto as Exhibit A.  Counsel for respondents has conferred with counsel for petitioners, who do not oppose the relief requested herein.  As grounds for this unopposed motion, respondents state as follows:

1. This case is a petition for a writ of habeas corpus filed on behalf of three aliens detained at Guantanamo Bay as enemy combatants, and is one of approximately 200 such cases brought on behalf of well over 300 detainees held at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

2. On March 21, 2006, petitioners filed a motion for entry of the protective order in this case (dkt. no. 10).

3. Pursuant to LCvR 7(d), respondents' memorandum in opposition to petitioners' motion for entry of the protective order was due to be filed on or before April 6, 2006.

4. On May 24, 2006, petitioners filed a motion requesting that the Court treat their motion for protective order as conceded and issue the protective order in this case (dkt. no. 11).

5. Respondents respectfully request that they be granted leave to file out of time a memorandum in opposition to petitioners' motion for entry of the protective order. Due to the voluminous number of Guantanamo detainee habeas petitions that are pending before the Court, the various and substantial litigation deadlines that arise in these cases due to the large number of motions being filed in the cases collectively, and the finite resources of counsel, respondents inadvertently neglected to file an opposition by the deadline. Respondents have practices in place to keep track of the filings in the cases; however, it appears that through oversight or inadvertence, the deadline for submission of an opposition in this matter was not calendared.

6. Respondents would appreciate the opportunity to respond to the arguments in petitioners' motion, in particular, the significant question of the Court's jurisdiction to grant any relief in this case in light of the Detainee Treatment Act's removal of court jurisdiction to hear or consider applications for writs of habeas corpus and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay, such as petitioners. Granting respondents leave to file a memorandum in opposition to petitioners' motion for entry of the protective order will enable the Court to have a full record upon which to address the important questions presented by this case.

7. Counsel for petitioners do not object to the relief requested herein.

WHEREFORE, for the reasons stated herein, respondents respectfully request that the Court grant them leave to file out of time a memorandum in opposition to petitioners' motion for entry of the protective order, attached hereto as Exhibit A, and that the Court deny petitioners' motion to treat their motion for protective order as conceded. A proposed order is attached.

Dated: May 30, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents