IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALKHADR ABDULLAH AL YAFIE, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2399 (RJL) |

## (PROPOSED) ORDER

Having considered respondents' Unopposed Motion for Leave to File Out of Time a Memorandum in Opposition to Petitioners' Motion for Entry of Protective Order and Memorandum in Opposition to Petitioners' Motion to Treat Petitioners' Motion for Protective Order as Conceded and to Issue Protective Order, it is hereby

ORDERED that respondents' Unopposed Motion is GRANTED.  Respondents' Memorandum in Opposition to Petitioners' Motion for Entry of Protective Order (attached as Exhibit A to respondents' Unopposed Motion) shall be filed as part of the record in this case.  It is further

ORDERED that petitioners' Motion to Treat Petitioners' Motion for Protective Order as Conceded and to Issue Protective Order is DENIED as moot.

IT IS SO ORDERED.

Dated: _____          _____
                                          RICHARD J. LEON
                                          United States District Judge