IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
Alkhadr Abdullah Al Yafie, *et al.*,          )
    *Petitioners/Plaintiffs,*              )
                                              )
v.                                            )   Civil Action No. 05-CV-2399 (RJL)
                                              )
George W. Bush, *et al.*,                     )
    *Respondents/Defendants*              )
                                              )
_____)

## UNOPPOSED MOTION TO WITHDRAW PETITION

It appears in accordance with the Notice of Multiple Petitions Filed by Guantanamo Bay Detainee, filed by counsel for respondents, that one of the Petitioners in this case has previously filed a Petition for Habeus Corpus under Riyad Atag Ali Abdoh Al Haj in <u>Suhail Abdu Anam v. Bush</u>, No. 04-CV-1194 (HHK). We have consulted with counsel for Petitioner Al Haj in Docket No. 04-1194 and they are representing his interests through and by that other action.

Accordingly it is requested that the present petition be dismissed as to Petitioner Al Haj (the present petition should not be dismissed as to any other Petitioner). Opposing counsel does not object to the granting of this motion.

Dated: June 2, 2006

Respectfully submitted,

Baker & McKenzie

By:

/s/ George M. Clarke III
George M. Clarke III
(D.C. Bar No. 480073)
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4078
Tel. 202 452-7068
    Counsel for Petitioners