## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

Alkhadr Abdullah Al Yafie, *et al.*,                    )
    *Petitioners/Plaintiffs,*                    )
                            )

v.                                    )          Civil Action No. 05-CV-2399 (RJL)
                            )

George W. Bush, *et al.*,                    )
    *Respondents/Defendants*                    )
                            )
_____)

## PETITIONERS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO REPLY TO RESPONDENTS' MEMORANDUM IN OPPOSITION TO PETITIONERS' MOTION FOR ENTRY OF PROTECTIVE ORDER AND TO REPLY TO RESPONDENT'S MEMORANDUM IN OPPOSITION TO PETITIONERS' MOTION TO TREAT MOTION FOR ENTRY OF PROTECTIVE ORDER AS CONCEDED

        Petitioners, by and through their counsel, respectfully move that the time for filing and serving their reply to Respondents' Memorandum in Opposition to Petitioners' Motion for Entry of Protective Order and to Respondent's Memorandum in Opposition to Petitioners' Motion to Treat Motion for Entry of Protective Order As Conceded ("Respondents' Memoranda" (the memoranda are functionally identical, Petitioners will file a single reply to both memoranda)) be enlarged for five additional business days, from June 6, 2006, to and including June 13, 2006.

        1.      This case is a petition for a writ of habeas corpus filed on behalf of three aliens detained at Guantanamo Bay.

        2.      On March 21, 2006, Petitioners filed a Motion for Entry of Protective Order in this case. (Dkt. Item 10.)

        3.      On May 24, 2006, Petitioners filed a Motion to Treat Motion for Entry of Protective Order As Conceded which motion requested that the Court treat Petitioners' Motion for Entry of Protective Order as conceded and issue the protective order.  (Dkt. Item 11.)

4.      Respondent's Memoranda were filed six days later.  (Dkt. Items 12 and 13.)

5.      Petitioners respectfully request that they be granted an extension of time to file a reply to Respondent's Memoranda.

6.      As grounds for this enlargement Petitioners state that, because of the delayed filing of Respondent's Memoranda, counsel for Petitioners were not expecting an opportunity to prepare a reply brief in response to that filing.  Furthermore, the member of Petitioners' trial team internally assigned to prepare the reply brief, David Kronenberg, has been out of the office and returns Monday June 5, 2006.  Petitioners believe that effective response to the issues presented in Respondent's Memoranda requires additional time.

7.      Opposing counsel has been contacted concerning this motion and represents that Respondent does not object to the granting of the motion.

WHEREFORE, for the reasons stated herein, Petitioners respectfully request that the Court grant them an enlargement of time to and including June 13, 2006 to file their Reply to Respondent's Memoranda.


Dated:  June 2, 2006

Respectfully submitted,

Baker & McKenzie

By:

/s/George M. Clarke III
George M. Clarke III
(D.C. Bar No. 480073)
815 Connecticut Avenue, N.W.
Washington, D.C.  20006-4078
Tel: 202 452-7068
    Counsel for Petitioners