IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Alkhadr Abdullah Al Yafie, *et al.*,<br>    *Petitioners/Plaintiffs,*<br><br>v.<br><br>George W. Bush, *et al.,*<br>    *Respondents/Defendants* | Civil Action No. 05-CV-2399 (RJL) |

## **(PROPOSED) ORDER**

Having considered Petitioners' Unopposed Motion for Expansion of Time to Reply to Respondents' Memorandum in Opposition to Petitioners' Motion for Entry of Protective Order and to Respondent's Memorandum in Opposition to Petitioners' Motion to Treat Motion for Entry of Protective Order As Conceded, it is hereby

ORDERED that petitioners' Unopposed Motion is GRANTED.

IT IS SO ORDERED.


Dated: _____          _____

                                                                                                   RICHARD J. LEON<br>                                                                                                   United States District Judge