IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Al Yafie, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-cv-2399 |

## PETITIONERS' SUR-REPLY IN SUPPORT OF
## MOTION FOR ENTRY OF PROTECTIVE ORDER

Respondents have not moved to dismiss this case, but insist nonetheless that the Court has no jurisdiction to enter an order allowing Petitioners' attorneys to see or communicate with their clients. As for now this is still a live case, and while the case is before this Court, the Court has jurisdiction and may enter orders as it sees fit.

In the meantime, three detainees at Guantanamo have committed suicide. Counsel for other detainees, and previously freed detainees, attributed the suicides to the men's despair that they would never be allowed to prove their innocence, but would be imprisoned forever, with no hope of ever being freed or seeing their families again.[1] None of the men who killed themselves are Petitioners in this case. But Petitioners' counsel do not know if their clients, Al Yafie and Al Bihani, may also be at risk of suicide, because Respondents continue to oppose the Protective Order that would merely allow counsel to communicate with their clients.

---

[1] ABC News, June 12, 2006; http://www.wjla.com/news/stories/0606/335305.html; Chicago Sun-Times, June 12, 2006, p. 26: "Despair, not martyrdom, behind suicides, ex-inmates say,"

Petitioners' therefore request that the Court enter the Protective Order so that their counsel can finally communicate with and visit their clients, ascertain that they are not at risk, and attempt to fulfill their duty to provide representation to their clients.

Respectfully submitted,

Baker & McKenzie

By:

/s/George M. Clarke III
George M. Clarke III
(D.C. Bar. No. 480073)
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4078
t. 202-452-7068

Counsel for Petitioners