**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOHABAT KHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1010 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| MOHAMMED RAJEB ABU GHANEM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1638 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| MOHAMMED AL-QAHTANI,, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1971 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |
|---|---|
| ABDUR RAZAKAH, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-2370 (EGS) ) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) |
| Respondents. | ) ) ) |
| ABD AL RAHMAN ABDULLAH AL HALMANDY, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-2385 (RMU) ) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) |
| Respondents. | ) ) ) |
| THABID, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-2398 (ESH) ) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) |
| Respondents. | ) ) ) |

|   |   |
|---|---|
| ALKHADR ABDULLAH AL YAFIE, *et al.*,<br><br>  Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>  Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2399 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

# O R D E R

IT IS HEREBY ORDERED in the above-captioned cases assigned to the undersigned Judge that petitioners' motion for extension of time (*see Khan*, dkt. no. 35; *Ghanem*, dkt. no. 20; *Al Qahtani*, dkt. no. 23; *Razakah*, dkt. no. 30; *Thabid*, dkt. no. 13; *Al Yafie*, dkt. no. 21; *Al Halmandy*, dkt. no. 7) to respond to respondents' July 7, 2006 Motion For Procedures Related To Review Of Certain Detainee Materials And Request For Expedited Briefing ("July 7, 2006 Motion") is GRANTED IN PART and DENIED IN PART.

IT IS HEREBY FURTHER ORDERED that petitioners shall file any response to respondents' July 7, 2006 Motion by July 26, 2006. Petitioners may rely upon or incorporate oppositions to respondents' July 7, 2006 Motion in other Guantanamo detainee *habeas* cases. Respondents shall file any reply to petitioners' responses in the above-named cases by July 31, 2006.

SO ORDERED.

Dated: _____, 2006    _____
                       UNITED STATES DISTRICT JUDGE