IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Alkhadr Abdullah Al Yafie, *et al.*, ) | |
|     *Petitioners/Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2399 (RJL) |
| ) | |
| George W. Bush, *et al.*, ) | |
|     *Respondents/Defendants* ) | |

### UNOPPOSED MOTION TO WITHDRAW PETITIONS

Based on Respondent's filings in Mohammon v. Bush, No. 05-CV-2386 (RBW), both of the Petitioners which remain in this case, Petitioner Alkhadr Abdullah Al Yafie and Petitioner Tofiq Nasser Awad Al Bihani, have also each filed a Petition for Writ of Habeas Corpus in the Mohammon matter. See, e.g., Respondents' Status Report and Response to Court's June 27, 2006 Order (Dkt No. 109 in that case) at Exhibit B page 1, item 6 and Exhibit B page 11, item 68 (attached hereto as Attachment A). Furthermore, undersigned counsel has conferred with petitioners' counsel in Mohamman and verified that Petitioners Al Yafie and Al Bihani are petitioners in that, earlier filed, action and that each of Petitioner's interests are protected through and by that action.

Based on the foregoing, it is requested that the present petitions for both Al Yafie and Al Bihani, the only remaining Petitioners in this matter, be dismissed. Opposing counsel does not object to the granting of this motion.

Pursuant to the Court's Order, dated August 8, 2006, Petitioners have until August 14, 2006 (3 days from today) to oppose Respondents' Motion for Procedures Related to Review of Detainee Materials, dated July 7, 2006 ("Respondent's Motion"), or to otherwise come to a

mutually agreeable resolution of that matter. While counsel for Petitioners and counsel for Respondent have conferred and while counsel for Petitioners is prepared to file a response to Respondents' Motion, in the interests of efficiency Petitioners will delay filing such a response until the end of the day August 14, 2006 in the expectation that the Court may wish to grant this, unopposed, Motion prior to that date and thereby dismiss Petitioners Al Yafie and Al Bihani from this case.

Dated:  August 11, 2006

>Respectfully submitted,
>
>Baker & McKenzie
>
>By:
>
>/s/George M. Clarke III
>George M. Clarke III
>(D.C. Bar No. 480073)
>815 Connecticut Avenue, N.W.
>Washington, D.C.  20006-4078
>Tel. 202 452-7068
>    Counsel for Petitioners