# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.*, | ) |
| | ) |
| Respondents. | ) |

Civil Action No. 05-CV-2386 (RBW)

## RESPONDENTS' STATUS REPORT AND
## RESPONSE TO COURT'S JUNE 27, 2006 ORDER

Respondents hereby submit this status report and response to the Court's June 27, 2006 Order, which ordered respondents to (1) notify the Court of all petitioners in this case as to whom the protective orders should not be entered because they have previously-filed petitions for a writ of habeas corpus already pending on their behalf in other cases; and (2) notify the Court of all petitioners named in this case whom they are unable to identify. See June 27, 2006 Order at 5-6 (dkt. no. 66).

## BACKGROUND

In late 2005, when enactment of Congressional legislation withdrawing the habeas jurisdiction of the federal courts to hear actions brought by or on behalf of aliens detained at Guantanamo Bay became imminent, a surge of petitions for writ of habeas corpus on behalf of Guantanamo detainees were filed in the district court. The above-captioned habeas action, filed on December 13, 2005, is one of these petitions. Unlike the majority of pending Guantanamo detainee habeas cases filed on behalf of only one or a few detainees, however, counsel elected to

file this case on behalf of 166 named petitioners, typically unrelated except by virtue of detention at Guantanamo Bay, in an apparent mass effort to seek habeas relief on behalf of those detainees who did not already have a petition pending prior to passage of the Act.  Seventy-five (75) of these petitioners are apparent duplicates of other petitioners in previously-filed Guantanamo cases, or other petitioners in this case.  Another 62 petitioners cannot be positively identified by the Department of Defense ("DoD") as detainees at Guantanamo Bay.  Although a handful of the petitioners in this case have directly authorized the filing of a habeas petition on their behalf or seek habeas relief through family members acting as next friends, the vast majority of petitioners seek habeas relief purportedly on their behalf by other detainees seeking to act as their next friends.

On June 27, 2006, the Court entered the Protective Order[1] with respect to all petitioners in this case except: (1) petitioners who have previously filed petitions pending in other cases, and (2) petitioners whom respondents have been unable to identify.  See June 27, 2006 Order at 5 (dkt. no. 66).[2]  Entry of the Protective Order with respect to a petitioner, and satisfaction of the Protective Order's requirements, are a prerequisite to access to a petitioner at Guantanamo Bay.

---

[1] In re Guantanamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. Nov. 8, 2004) ("Protective Order"); Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al. (D.D.C. Dec. 13, 2004); Order Addressing Designation Procedures for "Protected Information" in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al. (D.D.C. Nov. 10, 2004).

[2] Respondents opposed entry of the Protective Order because of the multiple jurisdictional and procedural infirmities in this case, including the Detainee Treatment Act's investment of exclusive jurisdiction over this action in the Court of Appeals, and the failure of the majority of petitioners in this case to establish proper standing to sue through a legitimate next friend petitioner.  See Respondents' Memorandum in Opposition to Motions to Lift January 11, 2006 Stay to Allow for Attorney Access to Detainees (dkt. no. 60).

See Respondents' Motion for Order to Show Cause Why Petition Should Not Be Dismissed for

Lack of Proper "Next Friend" Standing and Memorandum in Opposition to Emergency Motion

to Allow Attorney Access to Client at 7-12 (dkt. nos. 76, 77).  The Court's June 27, 2006 Order

also provided that "respondents shall notify the Court by July 26, 2006, of all petitioners in this

case as to whom the protective orders should not be entered because they have previously-filed

petitions for a writ of habeas corpus already pending on their behalf in other cases," and noted

that "[a]ny petitioner whom the respondents identify as having previously filed petitions for a

writ of habeas corpus that are pending before the Court shall have the opportunity to challenge

the respondents' assertion that he has another pending petition."  June 27, 2006 Order at 5-6.

The Order further provided that "respondents shall notify the Court by July 26, 2006, of all

petitioners named in this case whom they are unable to identify," and noted that "[a]ny petitioner

whom the respondents indicate they are unable to identify shall have the opportunity to challenge

the respondents' assertion that he cannot be identified."  Id. at 6.

### STATUS OF PETITIONERS

**1.     Petitioners Whom Respondents Have Been Unable to Identify as Detainees at
        Guantanamo Bay**

Respondents have been unable to identify 62 petitioners as detainees at Guantanamo Bay.

A list of these petitioners is attached hereto as Exhibit A.  Given the similar names and aliases of

many of the approximately 450 individuals detained at Guantanamo Bay, and based on the

minimal information about these petitioners provided in the petition, respondents have been

unable to confirm the identities of these petitioners.  In some cases, the information provided in

the petition did not match or resemble information pertaining to any detainee at Guantanamo

Bay.  In other cases, the information provided in the petition matched or resembled information

contained in respondents' records that pertains to multiple detainees; therefore, without

additional identifying information, respondents are unable to determine conclusively on whose

behalf habeas relief is purportedly being sought.  See, e.g., Respondents' Opposition to

Emergency Motion for Access to Counsel and To Hold Respondents in Contempt Filed on

Behalf of Named Petitioners Adel LNU and Abdul Rahman (dkt. no. 90) (describing

respondents' inability to identify petitioners "Adel LNU" and "Abdul Rahman" because multiple

detainees at Guantanamo Bay possess similar names and aliases).

    Several counsel who have entered appearances in this case on behalf of certain

petitioners claim that these petitioners are particular detainees at Guantanamo Bay, apparently

based on a list of Guantanamo Bay prisoners produced by the government in response to

Freedom of Information Act ("FOIA") requests.[3]  See List of Individuals Detained by the

Department of Defense at Guantanamo Bay, Cuba from January 2002 through May 15, 2006

(available at

<<http://www.defenselink.mil/pubs/foi/detainees/detaineesFOIArelease15May2006.pdf>>).

Mere similarities in name or nationality between the allegations in the petition and this list are

--------

[3]  This case is fraught with such guesswork by counsel.  For example, counsel entered an
appearance on behalf of petitioner "Abdulaziz LNU," whom counsel claim is ISN 206, named
"Adbullah Muhammed Abdel Aziz" on the FOIA list.  See Notice of Appearance (dkt. no. 96).
The next friend petitioner, however, identified this petitioner as ISN 687, who is named
"Abdalaziz Kareem Salim Al Noofayaee" on the FOIA list.  See Petition, ¶ 168; Declaration of
Clive Stafford Smith (attached to Petition), Ex. 17.  Counsel have not indicated why the next
friend petitioner's identification of petitioner "Abdulaziz LNU" should be discarded in favor of
their own determination.
    In another circumstance, counsel entered an appearance on behalf of "Ali Sher
Hamidullah," who is ISN 455 on the FOIA list.  See Notice of Appearance (dkt. no. 65).
However, there is no such petitioner named in this case, therefore, respondents cannot even
determine which petitioner on whose behalf counsel intends to enter an appearance.

often insufficient to determine conclusively the identity of the petitioners in this case, however,

given that respondents' records reflect additional information about Guantanamo detainees,

including multiple aliases and other biographical data, that does not appear on the FOIA list

produced by the government.  Respondents consistently endeavor to review all of the

information available to them when making determinations regarding the identities of petitioners

on whose behalf petitions for habeas relief have been filed.  Thus, counsel's mere reliance on the

information contained in the FOIA list should not be considered dispositive in determining the

identification of any petitioner in this case.  Unless and until counsel for petitioners provides

respondents with convincing evidence that will determine conclusively the detainee for whom it

is intended that habeas relief is sought, the Protective Order should not be made applicable to the

petitioners listed in Exhibit A.

> **2.      Petitioners Who Have Apparent Previously-Filed Petitions for Writ of
> Habeas Corpus Pending on Their Behalf in District Court**

Of the petitioners whom respondents have been able to identify, 75 have previously-filed

petitions pending on their behalf.  These previously-filed petitions are either pending in other

habeas cases in the District Court, or in the above-captioned case, i.e., one detainee is named

multiple times in the Mohammon petition.  A list of these petitioners, with the previously-filed

petitions that are pending on their behalf noted accordingly, is attached hereto as Exhibit B.  To

avoid subjecting respondents to multiple orders with respect to a single detainee,[4] as well as to

promote the efficiency of judicial resources, these petitioners should be dismissed from this case,

---

[4] For example, many of the petitioners listed in Exhibit B are already subject to orders in
other cases with regard to a stay of proceedings, submission of factual returns, potential transfer,
and preservation of evidence.

and their petitions for habeas corpus should proceed in the cases previously filed on their behalf, as appropriate.

3.    **Petitioners Who Have Been Transferred from the Custody of the United States and Are No Longer Detained at Guantanamo Bay**

Of the petitioners whom respondents have been able to identify, 12 have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.  These petitioners are listed in Exhibit C,[5] attached hereto, and are noted in bold and with an asterisk in Exhibit B.  Because these petitioners are no longer within the custody of the United States, the petitions for writ of habeas corpus filed on their behalf are moot and should, therefore, be dismissed.[6]

4.    **Petitioners Whom Respondents Have Identified as Detainees at Guantanamo Bay and Who Do Not Have Apparent Previously-Filed Petitions Pending on Their Behalf in District Court**

Of the petitioners whom respondents have been able to identify, 24 are currently detained at Guantanamo Bay and do not have previously-filed petitions pending on their behalf.  A list of these petitioners is attached hereto as Exhibit D.[7]  Pursuant to the Court's June 27, 2006 Order,

---

[5]  Exhibit C contains a list of petitioners whom respondents have been able to identify and who do not have previously-filed petitions pending on their behalf, and who have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay. Some of these petitioners have subsequently-filed petitions pending on their behalf in this and other cases, however, and respondents have noted these petitions accordingly for the convenience of the Court and counsel.

[6] The 12 petitioners comprise only 9 different persons who have been released from Guantanamo, as several detainees (ISNs 652 & 712) are named as petitioners multiple times in the petition.  See Exhibit C.

[7]  Some of the petitioners in Exhibit D have subsequently-filed petitions pending on their behalf in this and other cases, and respondents have noted these petitions accordingly for the convenience of the Court and counsel.

6

the Court has entered the Protective Order with respect to these petitioners.  See June 27, 2006

Order at 5.[8]

Dated:  July 26, 2006                          Respectfully submitted,

                                               PETER D. KEISLER
                                               Assistant Attorney General

                                               DOUGLAS N. LETTER
                                               Terrorism Litigation Counsel

                                               ____/s/ Andrew I. Warden_____
                                               JOSEPH H. HUNT (D.C. Bar No. 431134)
                                               VINCENT M. GARVEY (D.C. Bar No. 127191)
                                               TERRY M. HENRY
                                               JAMES J. SCHWARTZ
                                               PREEYA M. NORONHA
                                               EDWARD H. WHITE
                                               ROBERT J. KATERBERG
                                               ANDREW I. WARDEN (IN Bar No. 23840-49)
                                               NICHOLAS J. PATTERSON
                                               MARC A. PEREZ
                                               Attorneys
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               20 Massachusetts Ave., N.W.
                                               Washington, DC  20530
                                               Tel:  (202) 514-4107
                                               Fax:  (202) 616-8470

                                               Attorneys for Respondents

---

[8] Even though the Protective Order is entered with regard to these petitioners, a number of their petitions were filed purportedly on their behalf by other detainees seeking to act as their next friends, but who do not meet the next-friend standing requirements established pursuant to 28 U.S.C. § 2242 and Whitmore v. Arkansas, 495 U.S. 149, 163-64 (1990).  See, e.g., Respondents' Motion for Order to Show Cause Why Petition Should Not Be Dismissed for Lack of Proper "Next Friend" Standing and Memorandum in Opposition to Emergency Motion to Allow Attorney Access to Client (dkt. nos. 76, 77).  Respondents have identified approximately 150 petitioners in this case with respect to whom the standing of the their putative next-friends is deficient.  Respondents are willing to submit a list of these petitioners at the Court's request.

## EXHIBIT A

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW),
Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay**

|     | Petitioner | Citation to Petition | Alleged Citizenship |
| --- | --- | --- | --- |
| 1. | Abd Al Zaher | ¶ 25 | Azerbijian |
| 2. | Abdal Rauf Asibi | ¶ 286 | Libya |
| 3. | Abdul Rahman | ¶ 91 | Yemen |
| 4. | Abdul Rhman | ¶ 77 | Tajikistan |
| 5. | Abdullah Ajaibi | ¶ 310 | Saudi Arabia |
| 6. | Abdullah LNU | ¶ 154 | Uzbekistan |
| 7. | Abdullah LNU | ¶ 216 | Syria |
| 8. | Abdunoor (Abdurahman) LNU | ¶ 120 | Algeria |
| 9. | Abdurahman LNU | ¶ 160 | Yemen |
| 10. | Abu Abdullah | ¶ 192 | Algeria |
| 11. | Abu Ahmed | ¶ 69 | Sudan |
| 12. | Abu Ahmed | ¶ 212 | Syria |
| 13. | Abu Ahmed Al Jofi | ¶ 49 | Saudi Arabia |
| 14. | Abu Rad Al Jofi | ¶ 47 | Saudi Arabia |
| 15. | Abu Rahan | ¶ 27 | Bangladesh |
| 16. | Adel LNU | ¶ 232 | Turkestan |
| 17. | Ahmed Omar | ¶ 318 | Yemen |

## EXHIBIT A

### Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW),
### Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay

|  | Petitioner | Citation to Petition | Alleged Citizenship |
|---|---|---|---|
| 18. | Ahmed Tripoli | ¶ 298 | Libya |
| 19. | Ali Al Kazmi | ¶ 85 | Yemen |
| 20. | Ali Al Qatari | ¶ 117 | Yemen |
| 21. | Ali LNU | ¶ 156 | Uzbekistan |
| 22. | Ali Waili Khavimi | ¶ 320 | Yemen |
| 23. | Amir LNU | ¶ 67 | Sudan |
| 24. | Edress LNU | ¶ 107 | Yemen |
| 25. | Esam LNU | ¶ 103 | Yemen |
| 26. | Esmail Ali Ahmad Khalip | ¶ 254 | |
| 27. | Fadi Dahimi | ¶ 324 | Yemen |
| 28. | Fahmi LNU | ¶ 101 | Yemen |
| 29. | Faisil LNU | ¶ 136 | Saudi Arabia |
| 30. | Faris Darnawi | ¶ 290 | Libya |
| 31. | Hadj Arab Nabil | ¶ 329 | |
| 32. | Hasan Yaunas Balgaid | ¶ 280 | Libya |
| 33. | Isam Himed Ali | ¶ 258 | |
| 34. | Khald LNU | ¶ 115 | Yemen |

## EXHIBIT A

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW),
Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay**

|     | Petitioner | Citation to Petition | Alleged Citizenship |
|-----|------------|----------------------|---------------------|
| 35. | Mahamoud Al Bhar | ¶ 113 | Yemen |
| 36. | Mashal LNU | ¶ 41 | Saudi Arabia |
| 37. | Mohamed Ali | ¶ 105 | Yemen |
| 38. | Mohamed Hmadi | ¶ 99 | Yemen |
| 39. | Mohammed Ahmed Saeed Hidar | ¶ 260 | |
| 40. | Mohammed Harbi | ¶ 306 | Saudi Arabia |
| 41. | Mohammed LNU | ¶ 210 | Syria |
| 42. | Mohammed Zahrani | ¶ 308 | Saudi Arabia |
| 43. | Moosa LNU | ¶ 300 | Morocco |
| 44. | Muhammed Dawood | ¶ 282 | Libya |
| 45. | Nabil Hadj | ¶ 328 | Algeria |
| 46. | Osama LNU | ¶ 97 | Yemen |
| 47. | Rashed Al Qamdi | ¶ 37 | Saudi Arabia |
| 48. | Ridwaan Al Magrebi | ¶ 128 | Morocco |
| 49. | Sabel LNU | ¶ 228 | Turkestan |
| 50. | Saib Darnawi | ¶ 292 | Libya |
| 51. | Said Al Russi | ¶ 304 | Russia |

**EXHIBIT A**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW),
Whom Respondents Have Been Unable to Identify as Detainees at Guantanamo Bay**

|  | Petitioner | Citation to Petition | Alleged Citizenship |
|---|---|---|---|
| 52. | Saleh LNU | ¶ 57 | Saudi Arabia |
| 53. | Salih LNU | ¶ 294 | Libya |
| 54. | Salman Al Bahri | ¶ 130 | Saudi Arabia |
| 55. | Seed LNU | ¶ 111 | Yemen |
| 56. | Shah Baba | ¶ 242 | Pakistan |
| 57. | Sharaf Al Sanani | ¶ 109 | Yemen |
| 58. | Thabid LNU | ¶ 236 | Turkestan |
| 59. | Yagoob Al Soury | ¶ 75 | Syria |
| 60. | Zabin Thaha Assammery | ¶ 200 | Saudi Arabia |
| 61. | Zaker Chan | ¶ 79 | Tajikistan |
| 62. | Zeyad Al Gassmy | ¶ 61 | Saudi Arabia |

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 1. | Abdul Haq | 004 | ¶ 23 | Abdul Haq in *Zadran v. Bush*, No. 05-CV-2367 (RWR) |
| 2. | Sad Al Materi | 005 | ¶ 53 | Abul Aziz Al Matrafi in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 3. | Maged LNU | 025 | ¶ 59 | Majid Abdulla Al Joudi in *Al Joudi v. Bush*, No. 05-CV-0301 (GK) |
| 4. | Fahd LNU | 026 | ¶ 93 | Fahd Abdullah Ahmed Ghazy in *Ghazy v. Bush*, No. 05-CV-2223 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Fahd Abu Hafsa in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 158). |
| 5. | Fahd Abu Hafsa | 026 | ¶ 158 | Fahd Abdullah Ahmed Ghazy in *Ghazy v. Bush*, No. 05-CV-2223 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Fahd LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 93). |
| 6. | Khader LNU | 034 | ¶ 87 | Alkhadr Abdullah Al Yafie in *Al Yafie v. Bush*, No. 05-2399 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Alkhadr Abdullah Al Yafie in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 266). |

     * Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

| | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 7. | Alkhadr Abdullah Al Yafie | 034 | ¶ 266 | Alkhadr Abdullah Al Yafie in *Al Yafie v. Bush*, No. 05-2399 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Khader LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 87). |
| 8. | Mahmood LNU | 036 | ¶ 140 | Ibrahim Osman Ibrahim Idris in *Idris v. Bush*, No. 05-CV-1555 (JR) |
| 9. | Abdullah Al Rahabi | 037 | ¶ 264 | Abdulmalik Abdulwahab Al-Rahabi in *Abdah v. Bush*, No. 05-CV-1254 (HHK) |
| 10. | Saif Ullah | 046 | ¶ 146 | Saif in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 11. | **\*Mishal Al Madany** | 058 | ¶ 244 | Musa Al Madany in *Al-Oshan v. Bush*, No. 05-CV-0520 (RMU) |
| 12. | **\*Najeeb LNU** | 075 | ¶ 31 | Najeeb Al Husseini in *Imran v. Bush*, No. 05-CV-0764 (CKK) |
| 13. | Walid LNU | 081 | ¶ 142 | Waleed LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 71) |
| 14. | Elham Bataif | 084 | ¶ 7 | Elham Battayav in *Battayav v. Bush*, No. 05-CV-0714 (RBW) |
| 15. | Yusuf Asshihri | 114 | ¶ 134 | Yousif Mohammad Mubarak Al-Shehri in *Al Joudi v. Bush*, No. 05-CV-0301 (GK) |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 16. | Ghalib Fahani | 128 | ¶ 322 | Ghaleb Nassar Al Bihani in *Al Bihani v. Bush*, No. 05-CV-1312 (RJL) |
| 17. | Adel Ben Ahmad Al Hakeemy | 168 | ¶ 184 | Adel Al Hakeemy in *Sliti v. Bush*, No. 05-CV-0429 (RJL) |
| 18. | Sad Al Gahtani | 200 | ¶ 33 | Saad Al Qahtaani in *Said v. Bush*, No. 05-CV-2384 (RWR) |
| 19. | Abdurazzak LNU | 219 | ¶ 194 | Abdur Razakah in *Razakah v. Bush*, No. 05-CV-2370 (EGS) |
| 20. | Abdul-rahman Abdo Abulghaith Sulaiman | 223 | ¶ 250 | Mohsen LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 89) |
| 21. | Nabil LNU | 238 | ¶ 126 | Nabil in *Nabil v. Bush*, No. 05-CV-1504 (RMC) |
| 22. | Ali LNU | 250 | ¶ 238 | Mohammed LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW)<br><br>This petitioner also has a subsequently-filed petition pending on his behalf as Ali in *Thabid v. Bush*, No. 05-CV-2398 (ESH). |
| 23. | Riyadh Ateek Ali Abdu Al Haj | 256 | ¶ 268 | Riyad Atag Ali Abdoh Al Haj in *Anam v. Bush*, No. 05-CV-1194 (HHK) |
| 24. | Mohmad Ahmad Al Kara'any | 269 | ¶ 176 | Yousuf Al Karany in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Mohammed Hamid Qurany in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 272). |

   * Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

Page 3 of  12

## EXHIBIT B

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

| | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 25. | Mohammed Hamid Qurany | 269 | ¶ 272 | Yousuf Al Karany in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>This petitioner also has another petition pending on his behalf as Mohmad Ahmad Al Kara'any in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 176). |
| 26. | Sader LNU | 277 | ¶ 83 | Sadar Doe in *Sadar Doe v. Bush*, No. 05-CV-1704 (JR) |
| 27. | Abdul Anasser | 278 | ¶ 218 | Abdunasir Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| 28. | Khalid LNU | 280 | ¶ 224 | Khalid LNU in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| 29. | *Abu Baker | 283 | ¶ 222 | Abu Bakker Qassim in *Qassim v. Bush*, No. 05-CV-0497 (JR) |
| 30. | Jalal Jalaldin | 285 | ¶ 226 | Jalaal Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Abdurahman LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 230). |
| 31. | Abdurahman LNU | 285 | ¶ 230 | Jalaal Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Jalal Jalaldin in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 226). |

* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

Page 4 of 12

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent
Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 32. | *Alla Al Mossary | 287 | ¶ 29 | Abdul Aziz Al Mossary in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>Abu Abdul Aziz in *Aziz v. Bush*, No. 05-CV-1864 (HHK) |
| 33. | Ahmed Ben Bacha | 290 | ¶ 164 | Ahmed Ben Bacha in *Ben Bacha v. Bush*, No. 05-CV-2349 (RMC) |
| 34. | Abu Rawda | 326 | ¶ 214 | Abu Rawdah in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 35. | Yakub LNU | 327 | ¶ 204 | Ali Hussian Mohammad Muety Shaaban in *Shaaban v. Bush*, No. 05-CV-0892 (CKK) |
| 36. | Hammad LNU | 328 | ¶ 234 | Hammad Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| 37. | Bilal LNU | 330 | ¶ 208 | Bilal LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 144) |
| 38. | Bandar Al Shaibani | 332 | ¶ 39 | Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany in Al-Shabany v. Bush, No. 05-CV-2029 (JDB) |
| 39. | Abdurahman LNU | 369 | ¶ 274 | Adel Fattouh Aly Ahmed Algazzar in *El-Mashad v. Bush*, No. 05-CV-0270 (JR) |
| 40. | Jabbarov Oybek Jamolovich | 452 | ¶ 330 | Jabbarow Oybek Jamolivich in *Jamolivich v. Bush*, No. 05-CV-2112 (RBW) |

    * Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 41. | Adel Al Tunisi | 502 | ¶ 81 | Adil Bin Muhammad Al Wirghi in *Al Wirghi v. Bush*, No. 05-CV-1497 (RCL)<br><br>Adel in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Adil LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 150). |
| 42. | Adil LNU | 502 | ¶ 150 | Adil Bin Muhammad Al Wirghi in *Al Wirghi v. Bush*, No. 05-CV-1497 (RCL)<br><br>Adel in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU)<br><br>This petitioner also has another petition pending on his behalf as Adel Al Tunisi in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 81). |
| 43. | Abdulal Al Thani | 514 | ¶ 45 | Abdulla Thani Faris Al-Anazi in *Al-Anazi v. Bush*, No. 05-CV-0345 (JDB) |
| 44. | Maher LNU | 519 | ¶ 302 | Maher El Falesteny in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 119) |
| 45. | Tarek LNU | 535 | ¶ 276 | Tariq Mahmoud Alsawam in *Alsawam v. Bush*, No. 05-CV-1244 (CKK) |

* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

# EXHIBIT B

## Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 46. | **\*Abdullah Hamid Musleh Qahtany** | 652 | ¶ 312 | Abdullah Al Quatany in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 196) |
| 47. | Abin Alhamed Abid Alsallam Alkesawi | 654 | ¶ 11 | Abdul Hamid Abdul Salam Al-Ghizzawi in *Al-Ghizzawi v. Bush*, No. 05-CV-2378 (JDB) |
| 48. | Abdurrachman LNU | 659 | ¶ 162 | Abdannour Sameur in *Sameur v. Bush*, No. 05-CV-1806 (CKK) |
| 49. | Abu Hadaifa | 662 | ¶ 278 | Ahmad Hassan Jamil Suleiman in *Kabir v. Bush*, No. 05-CV-0431 (RJL) |
| 50. | Abdulal LNU | 682 | ¶ 51 | Ghassan Abdullah Al Sharbi in *Al Sharbi v. Bush*, No. 05-CV-2348 (EGS) |
| 51. | Mohammed Abdullah Taha Mattan | 684 | ¶ 13 | Ibrahim Towkah in *Sliti v. Bush*, No. 05-CV-0429 (RJL) |
| 52. | Sofiane Mohammed Berhoumi | 694 | ¶ 9 | Shafiiq in *Shafiiq v. Bush*, No. 05-CV-1506 (RMC)<br><br>This petitioner also has another petition pending on his behalf as Shafiq LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 124). |

\* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent
Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|     | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|-----|-----------|-----|----------------------|------------------------------|
| 53. | Shafiq LNU | 694 | ¶ 124 | Shafiiq in *Shafiiq v. Bush*, No. 05-CV-1506 (RMC)<br><br>This petitioner also has another petition pending on his behalf as Sofiane Mohammed Berhoumi in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 9). |
| 54. | Omar Mohamad Khalifah | 695 | ¶ 180 | Omar Mohammed Khalifh in *Khalifh v. Bush*, No. 05-CV-1189 (JR)<br><br>This petitioner also has another petition pending on his behalf as Omar Kalifa Mohammed in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 284). |
| 55. | Omar Kalifa Mohammed | 695 | ¶ 284 | Omar Mohammed Khalifh in *Khalifh v. Bush*, No. 05-CV-1189 (JR)<br><br>This petitioner also has another petition pending on his behalf as Omar Mohamad Khalifah in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 180). |
| 56. | Samir LNU | 707 | ¶ 73 | Muhammad Nur Uthman Muhammad in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |

* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent
Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 57. | **\*Hammad LNU** | 712 | ¶ 138 | Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 65)<br><br>This petitioner also has another petition pending on his behalf as Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 202). |
| 58. | **\*Hamad LNU** | 712 | ¶ 202 | Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 65)<br><br>This petitioner also has another petition pending on his behalf as Hammad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 138). |
| 59. | Abdulhadi Al Hamami | 717 | ¶ 182 | Abdul Al Hadi in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>Abdul Hadi Ibn El Hathily Al Hamamy in *Al Hamamy v. Bush*, No. 05-CV-0766 (RJL)<br><br>Abdul Al Hamman in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |

    \* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent**
**Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 60. | Boucetta Fihi | 718 | ¶ 5 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Dr. Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 122), Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 188) and Dr. Abu Muhammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 190). |
| 61. | Dr. Abu Mohammed | 718 | ¶ 122 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Boucetta Fihi in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 5), Abu Mohammed in *Mohammon v. Bush*, No. 05-CV-2087 (RMC) (¶ 188), and Dr. Abu Muhammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 190). |
| 62. | Abu Mohammed | 718 | ¶ 188 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Boucetta Fihi in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 5), Dr. Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 122), and Dr. Abu Muhammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 190). |

    * Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent
Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

| | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 63. | Dr. Abu Muhammed | 718 | ¶ 190 | Fethi Boucetta in *Muhammed v. Bush*, No. 05-CV-2087 (RMC)<br><br>This petitioner also has three other petitions pending on his behalf as Boucetta Fihi in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 5), Dr. Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 122), and Abu Mohammed in *Mohammon v. Bush*, No. 05-2386 (RBW) (¶ 188). |
| 64. | Abdallah LNU | 721 | ¶ 148 | Abdullah in *Sliti v. Bush*, No. 05-CV-0429 (RJL)<br><br>Abdulla in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 65. | Jihad LNU | 722 | ¶ 206 | Jihad Dhiab in *Dhiab v. Bush*, No. 05-CV-1457 (GK) |
| 66. | Ibraheem Zaidan | 761 | ¶ 178 | Ibrahim Mahdi Ahmed Zaidan in *Kabir v. Bush*, No. 05-CV-0431 (RJL) |
| 67. | Omar Ahmad | 766 | ¶ 174 | Omar Khadr in *Khadr v. Bush*, No. 05-CV-1136 (JDB) |
| 68. | Tofiq Nasser Awadh Al Bihani | 893 | ¶ 262 | Tofiq Nasser Awad AL Bihani in *Al Yafie v. Bush*, No. 05-CV-2399 (RJL) |
| 69. | Mohammed Abdur Rahman | 894 | ¶ 314 | Mohammed Abdul Rahman in *Alhami v. Bush*, No. 05-CV-0359 (GK) |
| 70. | Amer Mohammon | 939 | ¶ 3 | Ameur Mammar in *Mammar v. Bush*, No. 05-CV-0573 (RJL) |

* Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT B**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Who Have Apparent
Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Previously-Filed Petition(s) |
|---|---|---|---|---|
| 71. | Adel Hassan | 940 | ¶ 63 | Adel Hassan Hamad in *Hamad v. Bush*, No. 05-CV-1009 (JDB) |
| 72. | Omar Rahmah | 1017 | ¶ 316 | Zakaria Al-Baidany in *Al-Baidany v. Bush*, No. 05-CV-2380 (CKK)<br><br>Zakaria in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 73. | Omier Ba Atash | 1456 | ¶ 186 | Hassan Bin Attash in *Attash v. Bush*, No. 05-CV-1592 (RCL) |
| 74. | Shargowi LNU | 1457 | ¶ 170 | Abdo Ali Al Haj in *Al Halmandy v. Bush*, No. 05-CV-2385 (RMU) |
| 75. | Badr LNU | 1461 | ¶ 166 | Ahmmed Ghulam Rabbani in *Rabbani v. Bush*, No. 05-CV-1607 (RMU) |

   * Petitioners marked with an asterisk have been transferred from the custody of the United States and are no longer detained at Guantanamo Bay.

**EXHIBIT C**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Identified as Having Been Detained at Guantanamo Bay, Who Do Not Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court, and Who Have Been Transferred from the Custody of the United States and Are No Longer Detained at Guantanamo Bay**

|  | Petitioner | ISN | Citation to Petition | Other Petition(s) |
|---|---|---|---|---|
| 1. | Saalih LNU | 298 | ¶ 152 | |
| 2. | Abdul Salam Deiff | 306 | ¶ 19 | This petitioner had a previously-filed petition pending on his behalf as Abdul Salam Zaeef in *Zaeef v. Bush*, No. 05-CV-0660 (RMC), but that case was dismissed by Judge Collyer on October 17, 2005 pursuant to a stipulation by the parties. |
| 3. | Saleh Mohammed Ali Azoba | 501 | ¶ 17 | |
| 4. | Abdullah Al Quatany | 652 | ¶ 196 | This petitioner has another petition pending on his behalf as Abdullah Hamid Musleh Qahtany in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 312). |
| 5. | Hamad LNU | 712 | ¶ 65 | This petitioner has two other petitions pending on his behalf as Hammad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 138) and as Hamad LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 202). |

<u>EXHIBIT D</u>

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have Identified as Detainees at Guantanamo Bay and Who Do Not Have Apparent Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|   | Petitioner | ISN | Citation to Petition | Other Petition(s) |
|---|---|---|---|---|
| 1. | Mohammed Al Palestini | 049 | ¶ 15 | |
| 2. | Slaim Harbi | 057 | ¶ 326 | |
| 3. | Fahd Al Haraazi | 079 | ¶ 132 | |
| 4. | Waleed LNU | 081 | ¶ 71 | This petitioner has another petition pending on his behalf as Walid LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 142). |
| 5. | Mohammed Rimi | 194 | ¶ 296 | This petitioner has a subsequently-filed petition pending on his behalf as Mohammad Rimi in *Rimi v. Bush*, No. 05-CV-2427 (RJL). |
| 6. | Fahd Al-Fawzan | 218 | ¶ 35 | |
| 7. | Omar LNU | 222 | ¶ 21 | |
| 8. | Mohsen LNU | 223 | ¶ 89 | This petitioner has another petition pending on his behalf as Abdul-rahman Abdo Abulghaith Sulaiman in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 250). |

**EXHIBIT D**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have
Identified as Detainees at Guantanamo Bay and Who Do Not Have Apparent
Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|  | Petitioner | ISN | Citation to Petition | Other Petition(s) |
|---|---|---|---|---|
| 9. | Mohammed LNU | 250 | ¶ 220 | This petitioner has another petition pending on his behalf as Ali LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 238).<br><br>This petitioner also has a subsequently-filed petition pending on his behalf as Ali in *Thabid v. Bush*, No. 05-CV-2398 (ESH). |
| 10. | Abdullah Bo Omer Hamza Yoyej | 257 | ¶ 246 | |
| 11. | Khald Al Barkati | 322 | ¶ 43 | |
| 12. | Bilal LNU | 330 | ¶ 144 | This petitioner has another petition pending on his behalf as Bilal LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 208). |
| 13. | Seed Farha | 341 | ¶ 55 | |
| 14. | Mustafa Al Shamili | 434 | ¶ 95 | |
| 15. | Maher El Falesteny | 519 | ¶ 119 | This petitioner has another petition pending on his behalf as Maher LNU in *Mohammon v. Bush*, No. 05-CV-2386 (RBW) (¶ 302). |
| 16. | Abdullah LNU | 528 | ¶ 240 | |
| 17. | Jabir Al Quatany | 650 | ¶ 198 | |
| 18. | Abdal Razak Ali | 685 | ¶ 288 | |

**EXHIBIT D**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), Whom Respondents Have
Identified as Detainees at Guantanamo Bay and Who Do Not Have Apparent
Previously-Filed Petitions for Writ of Habeas Corpus Pending Before the District Court**

|     | Petitioner | ISN | Citation to Petition | Other Petition(s) |
| --- | --- | --- | --- | --- |
| 19. | Abdulaziz LNU | 687 | ¶ 168 | |
| 20. | Mohammed Ahmed Slam Al-Khateeb | 689 | ¶ 252 | |
| 21. | Jamil Ahmad Saeed | 728 | ¶ 256 | |
| 22. | Abdul Aziz Naji | 744 | ¶ 270 | |
| 23. | Zein Al-Abedeen | 1095 | ¶ 248 | This petitioner has a subsequently-filed petition pending on his behalf as Zainulabidin Merozhev in *Al-Harbi v. Bush*, No. 05-CV-2479 (HHK). |
| 24. | Sanad Ali Alkaliemi | 1453 | ¶ 172 | |