IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————
                                                    )
Alkhadr Abdullah Al Yafie, *et al*.,                )
      *Petitioners/Plaintiffs,*                    )
                                                    )
v.                                                  )    Civil Action No. 05-CV-2399 (RJL)
                                                    )
George W. Bush, *et al*.,                           )
      *Respondents/Defendants*                     )
                                                    )
—————————————————————)

## (PROPOSED) ORDER

     Having considered Petitioners' Unopposed Motion to Withdraw Petitions, it is hereby

ORDERED that Petitioners' Unopposed Motion is GRANTED and that the Petitions for Writ of

Habeas Corpus for each of Petitioner Al Yafie and Petitioner Al Bihani in this case are hereby

dismissed.

     IT IS SO ORDERED.

Dated: _____                    _____

                                           RICHARD J. LEON
                                          United States District Judge